E-FILED
Thursday, 16 February, 2006  04:48:34 PM
Clerk, U.S. District Court, ILCD

2-12-06

My $100.00 Assessment fee was mailed to you in the beginning month of December 2005. From the DeWitt County jail. I have yet to receive a response from the courts notifying the Federal Bureau of Prisons of that payment. Case number: 02-20027-001. David C Marshall. S.S. 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... D.O.B 2-2-71. My sentencing judge was MICHEAL P. McCUSKEY. I was sentenced on 10-06-2005. If you could please forward a copy of the assessment fee being paid, here to me at the.....

FEDERAL CORRECTIONAL INSTITUTION II VICTORVILLE
P.O. BOX 5700
ADELANTO, CA 92301

It would be greatly appreciated. Thank you so very much! Have a nice day ☺.

Sincerely,
David C Marshall

**FILED**
FEB 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL