AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

2:02-cr-20027-MPM-DGB   # 42   Page 1 of 2

E-FILED
Friday, 10 March, 2006 01:52:19 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
DAVID MARSHALL,
a/k/a Shorty Mac

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 02-20027-001
USM Number: 12841-026

Jon Gray Noll
Defendant's Attorney

FILED
OCT 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §841(a)(1) and (b)(1)(A) | Distribution of Cocaine Base (Crack) | 10/20/1999 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

RECEIVED
2005 NOV 09
US MARSHALS SERVICE
CENTRAL ILL.

FILED
MAR 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

10/26/2005
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY      CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

Date  10/27/05

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/S. Porter
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 10-28-05

DEFENDANT: DAVID MARSHALL, a/k/a Shorty Mac
CASE NUMBER: 02-20027-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

120 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prisons that defendant be housed in the West of the United States so the defendant may be housed as far from the Midwest as possible to avoid incarceration with many individuals whose names will be given to the BOP by the U S Attorney in this case.
The Court finds the defendant is an addict and therefore, recommends to the BOP that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the BOP.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __12-15-05__ to __FCI, II__
at __Victorville, CA__, with a certified copy of this judgment.

__T. Banks, Warden__

By __D. A. Evans, C/C__